AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA


FILED
SEP 2 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| OHR INC. (1) | CASE NUMBER: 14CR1075-GPC |
| | GARY BURCHAM |
| | Defendant Organization's Attorney |

☐

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s) 18 of the Indictment.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 545, 2 | Importation Contrary to Law. | 18 |

The defendant organization is sentenced as provided in pages 2 through __4__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s) Remaining is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $400.00.

☒ See fine page       ☒ Forfeiture pursuant to order filed __7/20/2015__ , included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

September 18, 2015
Date of Imposition of Sentence

HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE

14CR1075-GPC

AO 245E   (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page 2 of 4

DEFENDANT ORGANIZATION: OHR INC. (1)
CASE NUMBER: 14CR1075-GPC

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

3 years.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

14CR1075-GPC

AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Continued 1 — Probation

DEFENDANT ORGANIZATION: OHR INC. (1)
CASE NUMBER: 14CR1075-GPC

Judgment—Page 3 of 4

# SPECIAL CONDITIONS OF SUPERVISION

1. Provide complete disclosure of corporate financial records to the probation officer as requested.

2. Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

3. Submit corporate records and premises to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4. Notify the collections unit, United States Attorney's Office, of any interest in property obtained, directly render the, including any interest obtained under any other name, or entity, including a trust, partnership or corporation, until the fine or restitution is paid in full.

AO 245S (CASD Rev. 08/13) Judgment in a Criminal Case

| DEFENDANT: | OHR, INC. (1) | Judgment - Page 4 of 4 |
| CASE NUMBER: | 14CR1075-GPC | |

## FINE

The defendant shall pay a fine in the amount of   $65,000.00   unto the United States of America.

This sum shall be paid   ☒   Forthwith.

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:
☐   The interest requirement is waived

[Type text]